To: Court of Criminal Appeals in Austin

FILED IN
COURT OF CRIMINAL APPEALS
JUN 10 2016

Abel Acosta, Clerk

PD-0408-16

To whom it concern,

My name is Marlon S. Kelley I'm currently in TDCJ and I'm in the process of a P.D.R. I have wrote the court of appeal in Dallas. (District Clerk) for my transcripts of trial. I recieved on the first of June a notice stating I must pay 92⁰⁰; so I wrote back to Lisa Matz, Clerk of the Court, saying I'm Entitled to a free copy when doing a P.D.R and that I'm indigent, I've made a copy of that letter and have enclosed it along with the letter that was sent to me from the District Clerk, for your viewing sir/maám.

I'm writing you because I have less than a month to have the P.D.R in. I'm not sure what to do if I don't get the transcripts in time, do I or can I send the brief that my court appoint—

RECEIVED IN
COURT OF CRIMINAL APPEALS

—appeal lawyer sent me?

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 07 2016

Abel Acosta, Clerk

Respectfully

Marlon Kelley

TO: Court of Appeals at Dallas

(COPY)

Lisa Matz,

I have just recieved the notice you sent me stating that I must pay 92⁰⁰ for the transcripts of my trial. I'm in the process of doing a P.O.R and I'm entitled to a free copy according to the law books of Texas that I have read. I respectfully ask again for the transcripts of my trial so I can finish the P.O.R. This is my third letter with my return address and will need the transcripts sent here. I'm also indigent. I have less than a month to finish the P.O.R and have it in to Austin, so I have also made a copy of this letter and have sent your reply letter to the Courts in Austin in case I don't get the copies in time which is 6-28-16

return: Address

Marlon Shawn Kelley
Gist Unit
3295 FM 3514
Beaumont, TX 77705

Respectfully,

Marlon Kelley

05-15-01155-CR
F-1433642-V

CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FASCIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

May 23, 2016

Marlon Kelley
TDCJ No. 2000231
Gist Unit
3295 FM 3514
Beaumont, Tx. 77705

RE:   Court of Appeals Number:   05-15-01155-CR
      Trial Court Case Number:   F-1433642-V

Style:  Marlon Shawn Kelley
      v.
      The State of Texas

_____ 1.   The case has been submitted and is pending consideration.

_____ 2.   The Court of Criminal Appeals has jurisdiction over post-conviction writs and habeas corpus. Please contact the Court of Criminal Appeals for any forms or information.

_____ 3.   The Court has no record of an appeal on file in the above referenced name or trial court number.

_____ 4.   Enclosed is a copy of the opinion in your appeal.

_____ 5.   This Court does not appoint counsel

_____ 6.   Neither the judges nor the staff of this Court can give legal advice. Therefore, you may wish to contact your attorney; the trial court; or the State Counsel for Offenders, Texas Department of Criminal Justice, P.O. Box 4005, Huntsville, TX, 77342 for further information or assistance.

_____ 7. The Court does not have jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This Court does not provide free copies of any documents without prepayment of costs. Our charge is $.10 per page payable in advance by cashier's check or money order.

_____ 8. Your case has been set for submission on

_____ 9. Our records reflect that the

_____ 10. Enclosed please find the copies you requested.

__x__ 11. The cost for the copies you requested is ( clerk record 1 volume 264 pages, supplemental clerk record 1 volume 9 pages, reporter records 4 volumes 547 pages, total cost to copy & ship $92.00 , and the court has not received any letters from you, don't know where you sent it to. )

Respectfully,

/s/ Lisa Matz, Clerk of the Court

2